No. 5515.—ANAYA, apldos., *v.* SÚCN. McCORMICK Y HARTMAN, ETC., aplte.—C. D. San Juan. ▮▮▮▮▮▮ Diciembre 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, el allanamiento de un demandado a que se dicte sentencia en su contra no impide que se apele de un pronunciamiento de costas;

POR CUANTO, la demora en elevar la exposición del caso no puede distinguirse de muchas otras en causas apeladas a este tribunal;

POR CUANTO, no estamos convencidos de que los demandados a quienes no se notificó la apelación sean partes contrarias necesarias,

POR TANTO, no ha lugar a la desestimación solicitada.

El Juez Presidente Señor del Toro no intervino.

No. 5533.—ANAYA, apldos., v. McCORMICK ET ALS., apltes.—C. D. San Juan. ▮▮▮▮▮▮ Diciembre 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por los fundamentos de la resolución dictada con esta misma fecha en el caso No. 5515, *Guadalupe, Sabina y Francisco Anaya* v. *Sucesión de Harry A. McCormick y Hartman, etc.*, no ha lugar a la desestimación solicitada.

El Juez Presidente Señor del Toro no intervino.